# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00096 |
| CASE NAME: | USA v. Lance R. Minchew |
| ATTYS FOR PLA: | Lawrence Tong |
| ATTYS FOR DEFT: | Matthew Winter |
| PROBATION OFFICER: | Roy Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/7/2006 | TIME: | 1:00-1:24:50pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Misdemeanor Information - defendant present, not in custody.

Court accepts the Memorandum of Plea Agreement

Lieutenant Commander Klaus addresses the court

Allocution by the defendant

Sentence -

Probation - 2 Years

Special conditions of probation-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the fine of $5,000 is due immediately and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Waiver of mandatory drug test condition

Special Assessment: $25

Defendant advised of right to appeal

Submitted by: Shari Afuso, Courtroom Manager