# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00096

CASE NAME:       USA v. Lance R. Minchew

ATTYS FOR PLA:

ATTYS FOR DEFT:

PROBATION OFFICER:

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    3/2/2006                   TIME:

COURT ACTION:  EO: On 2/7/06 defendant was sentenced to Count 1 of the Misdemeanor Information.

One of the conditions imposed was: That the defendant shall cooperate in the collection of DNA as directed by the probation officer.  However, the offense of conviction, 18 U.S.C. § 1030(a)(2), is not a qualifying offense for purposes of DNA collection.  This condition is hereby deleted.  An Amended Judgment will be prepared.

Submitted by: Shari Afuso, Courtroom Manager